# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENNETH HOWARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARINE CREDIT UNION, ALWAYS TOWING & RECOVERY, INC., and ALL CITY RECOVERY, INC.,<br><br>　　　　　　Defendants. | Case No. 17-CV-1741-JPS<br><br>**ORDER** |

On May 21, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #37). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #37) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge